Nicholas D Scoyni

1701 Blaine, blv

Caldwell, Idaho 83605

2085198246

UNITED STATES DISTRICT COURT

for the

District of Idaho

U.S. COURTS

DEC 17 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| Nicholas D Scoyni | ) Case No. 1:18 - CV- 506 - REB |
| | ) |
| *Plaintiff*       -V- | ) |
| | ) |
| Daniel R Salvador , Christopher A  Salvador , | ) |
| | ) |
| Wayne J Salvador , William Wardwell, | )   Reply to Defendants motion |
| | ) |
| (Offspec Solutions, LLC, | ) |
| | ) |
| Offspec Solutions Southeast, et al. ) | )        to Stay proceedings |
| | ) |
| *Defendant(s)* | ) |

## Introduction

Comes here before the court plaintiff's reply to a frivolous motion after the defendants are in clear default as they were due Dec 6, 2018, that defendants Daniel R Salvador, and Christopher A Salvador, and Wayne J Salvador are disrespectful not only to this court but to this plaintiff in claims that there was no oral contract, and that they don't

1

know what in the world is going on. This has been going on for years their lawyers attempt at depriving this plaintiff of rights under 15 USC ss 1114 are as unfounded as their claims to being improperly served.

### Argument

Your honor theses defendants are stalling the court processes with claims of improper serve. Service was valid three fold first this is a service on a corporation and it's officers, so the corporation was served first the corporation on the list of defendants was both Offspec Solutions, and Offspec Solutions Southeast. In consideration of this the registered agent from the Idaho Secretary of State is William Wardwell a defendant in this case, so under Idaho civil Rule 4 (3) (c) (1),

(i) When the agent designated for service by a foreign corporation, partnership or association which has qualified in this state by filing with the Secretary of State or a domestic corporation, partnership or association is unavailable, service of the summons and complaint may be made by mailing copies of the summons and complaint by registered or certified mail to the corporation addressed to its registered place of business and to the president or secretary of the corporation at the addresses shown on the most current annual statement filed with the Secretary of State. The service is complete on mailing by registered or certified mail. The person serving the corporation under this subdivision must make a return certificate indicating compliance with this subdivision and attach a receipt of the mailing.

So it was clear William Wardwell was to be served as the registered agent and all officers are the same people in both Offspec Solutions Southeast and Offspec Solutions the mother corporation now a foreign entity registration of Delaware in the Secretary of

States office, and Offspec Solutions Southeast is a right here in Idaho registration. **Secondly** William Wardwell sent this plaintiff notice that he as defendants attorney shall be receiving all his clients named, as other defendants attorney in complaint of record correspondence in any legal matters pertaining to Offspec Solutions, and Offspec Solutions Southeast, and any related Servicemark/trademarks, the letter a case and desist bared this plaintiff from serving his clients, as he warns of remedies if any future contract other then through his office is done by this plaintiff to these defendants, and the letter is attached in the rule 55 motion by this plaintiff. **Third** defendant Wardwell surrenders all service issues for all defendants when he waved service issues, and admitted being served, and being defendants attorney, he admitted being the defendants attorney as his defense in his answer, there is no chance of improper service, and when he is defending as his own self with this defense, and not the corporation in his answer to this court the supreme court would never side with these applications/claims of improper service for these reasons, plus this plaintiff has the due diligence of service on video tape at William Wardwell's office upon court request plus pictures. Also what law allows the defendants to jump on with one defendant who's defense is that he is not responsible for corporation business, to them combined defense then after all other defendants defaulted, This by itself is reason for appeal to the supreme court of this plaintiff if ever granted. This is a

hail Mary Tactic put together because defendants can't win in court, and if in an Idaho court if they did lose it is cheaper for the defendants.

This type of action simply makes the defendants guilt in this matter more definitive and does a disservice to the clients of these litigators as to common sense guilt, and what they think the court would be willing to believe is insulting.

These are clear "stalling" methods put forth to continue victimization of this plaintiff and violate plaintiffs rights to a trial by jury of these defendants. And the motion they speck of is a motion that is a partial summary judgment (rule 56), to remove from the Secretary of State records, or court consideration a fraudulent corporation identification document that represents the defendants Daniel R Salvador, and Christopher A Salvador as older then they were, and then they used it to commit infringement on this plaintiff that is under federal law a domestic terrorist act, and could be reason to deport anyone they may sponsor as a foreign immigration individual including wives, to be deported permanently from the United States under 18 USC ss 1028, and them thirty year in prison if this court pursued the criminal charges on just that, if their clients are lucky they should count their blessings. Also the defendants did not state a clear good reason for defaulting in their motion under Idaho civil Rule 55, and are clearly not to be entitled to such a motion, it is now up to a article three judge in definitive action as a right of this plaintiff to

all but, defendant Wardwell, and if he wants to join the others in default that fine with this plaintiff send them all up river.

The defendants talk of economic issues when the day they filled this motion this plaintiff earlier handed final default judgement to this court in his own motion, as the defendants all but Wardwell defaulted, now they want the court to violate this plaintiff's rights under Idaho civil Rule 55 calling this plaintiff a liar without a right to do so, again when the trial got passed by, and they had their fair chance, they couldn't stand in court up against a jury and win against this plaintiff, so now they think this is their best game, it is obviously that these defendants are guilty, or why are they afraid of a jury this plaintiff was clearly not in the wrong, and they attack after the smoke cleared, it is this plaintiff's right to be in this court venue under 15 USC ss 1114 as with the supplemental jurisdiction connected to this case as the owner of a federally registered Servicemark/Trademark, Simply put these defendants wish for a lower court to better there options and lower the amount they would have to pay. These defendants are not being blind sided your honor they have known all these years though this plaintiff's fight at the USPTO and through arbitration between the parties this day was coming, put simply they don't believe they have to answer to your honor and never would, now here we are, this plaintiff has a recorded meeting in 2016 were the were given option to contract their way out of this situation and walk away paying hardly anything that is available at your honors request.

These defendants simply scoffed at it and said this plaintiff will never be able to do anything and their lawyers would rip this defendant down, yet here we are sir.

Plaintiff also submitted to this court with final judgement a lie detector of this plaintiff's free will as a Pro se , and witness affidavits of this plaintiff's credibility to his intellectual property in this case, as these defendants defaulted, plaintiff does not allow defendants to state oral contract did not exists, as that right was tossed out when they resorted to these tactics disrespecting the court and this plaintiff, and this plaintiff wishes their motion stricken from records for this reason respectfully your honor, this plaintiff has no problem suing this new law firm for these kinds of actions done after default as defamatory. This plaintiff does not wish to confer or have any more then the judgement afforded by his rights and process of this court. The defendants had their opportunity and it is offensive that they mount a defense in attack of this plaintiff after the fact. It is for all these reasons whole heartily this plaintiff objects and asks this court for protection from these frivolous actions proposed from these defendants in the future. It should also be noticed that the Salvador attorneys did not argue that money in complaint was not made.

## Conclusion

It is clear these new attorneys can't tell the difference between rule 55 and rule 56 the motion they speck of in their motion, as such it is not believed the defendants could save the courts time, as to lack of understanding of these attorneys are hindering the

courts time now, and defendants did not raise any good cause excuse as to Idaho law, to why they defaulted, and then trying to say they are not served properly looking at this case form all the wrong angles pushing Idaho law over federal law when Idaho law is against them, and the appointed magistrate is an all time Idaho law expert, the fact they want to divert this case is insulting to the plaintiff and towards your honor, as to the tone of their motion, for all these reasons this motion is, and should be mute and stricken, violating this plaintiff's rights federally and on state levels, it is quite economic that this case was done before ever even hitting the desk of your honor defendants directed a much more costly court direction, this is a strong objection to defendants motion.

Respectfully. Submitted


Nicholas D Scoyni

*[signature]*

12/17/2018