UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS SCOYNI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL R. SALVADOR, CHRISTOPHER A. SALVADOR, WAYNE J. SALVADOR, OFFSPEC SOLUTIONS LLC, OFFSPEC SOLUTIONS SOUTHEAST,<br><br>　　　　Defendant. | Case No. 1:18-cv-00506-BLW<br><br>**ORDER** |

**BACKGROUND**

This matter has recently come before the Court after the non-consent of one or more of the Parties to a Magistrate Judge being assigned to preside over the case. Previously, Judge Bush dismissed Defendant William Wardell pursuant to "an oral stipulation made by and between Plaintiff [Nicholas Scoyni, who is proceeding *pro se*,] and Defendant William Wardwell (through his counsel)." Dkt. 20. Scoyni subsequently filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (Dkt. 24) regarding the Order of Dismissal of Defendant William Wardwell (Dkt 20). Additionally, Scoyni has now filed with this Court a Motion to Stay Proceeding (Dkt. 32) pending the resolution of his appeal.

In addition to his pending Motion to Stay Proceeding, Scoyni has also filed two Motions for Partial Summary Judgment. Dkts. 3 & 13. Scoyni's first Motion for Partial

**ORDER - 1**

Summary Judgment (Dkt. 3) was filed before any of the Defendants had appeared in this case. Scoyni's second Motion for Partial Summary Judgment (Dkt. 13) is best read as a motion to amend his Complaint to dismiss Wardell, though Scoyni's latest appeal seemingly signals that he has had a change of heart.

## ORDER

**IT IS ORDERED:**

1. Scoyni's Motion to Stay Proceeding (Dkt. 32) is **GRANTED**.

2. Scoyni's Motions for Partial Summary Judgment (Dkts. 3 & 13) are **DENIED WITHOUT PREJUDICE**. Upon return of this case on remand from the Ninth Circuit, Scoyni may re-raise the issues presented in his two motions as part of a renewed dispositive motion. Scoyni may not, however, file his renewed dispositive motion until (1) this Court enters an amended Case Management Order and (2) Scoyni and any remaining Defendants participate in a telephonic status conference with the Court.

DATED: February 28, 2019

B. Lynn Winmill
U.S. District Court Judge