UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS SCOYNI,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL R. SALVADOR, CHRISTOPHER A. SALVADOR, WAYNE J. SALVADOR, OFFSPEC SOLUTIONS LLC, OFFSPEC SOLUTIONS SOUTHEAST,<br><br>    Defendants. | Case No. 1:18-cv-00506-BLW<br><br>**ORDER** |

**BACKGROUND**

Two motions are presently before the Court: Defendants' Motion for Leave to File Amended Answer and Counterclaim (Dkt. 36) and Defendants' Motion to Lift Stay and Enforce Scheduling Order (Dkt. 37). Presently, a stay is in effect in this case. Dkt. 35. On February 25, 2019, the United States Court of Appeals for the Ninth Circuit dismissed Mr. Scoyni's appeal for lack of jurisdiction.[1] Dkt. 34.

**ANALYSIS**

The Court begins by addressing Defendants' Motion for Leave to File Amended Answer and Counterclaim. Dkt. 36. Defendants' proposed answer (Dkt. 36-1) both

---

[1] Defendants represent that Mr. Scoyni is presently seeking *en banc* review, which would normally divest this Court of jurisdiction; nevertheless, the Court will proceed with this case because the Court concludes that 'it has not been deprived of jurisdiction." *Ruby v. Sec'y of U.S. Navy*, 365 F.2d 385, 389 (9th Cir. 1966).

**ORDER - 1**

amends their response to Mr. Scoyni's complaint and adds a counterclaim. Pursuant to Federal Rule of Civil Procedure 15(a)(2) this Court must "freely give leave [to amend] when justice so requires." Here, the Court concludes that justice requires the Court to grant Defendants leave to file their amended answer and counterclaim.

Next, the Court considers Defendants' Motion to Lift Stay and Enforce Scheduling Order. Dkt. 37. Because many of the deadlines contained in Judge Bush's Scheduling Order (Dkt. 21) have passed, the Court will enter a separate Amended Case Management Order reflecting the stipulation reached by the Parties.

## ORDER

**IT IS ORDERED:**

1. Defendants' Motion for Leave to File Amended Answer and Counterclaim (Dkt. 36) is **GRANTED**.

2. Defendants' Motion to Lift Stay and Enforce Scheduling Order (Dkt. 37) is **GRANTED-IN-PART** and **DENIED-IN-PART**. The Court will lift the stay in this case but will not enforce Judge Bush's Scheduling Order. Instead, the Court, by separate Order, will impose new deadlines for the Parties in this case.

DATED: April 19, 2019

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 3**