UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS SCOYNI,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL R. SALVADOR, CHRISTOPHER A. SALVADOR, WAYNE J. SALVADOR, OFFSPEC SOLUTIONS LLC, OFFSPEC SOLUTIONS SOUTHEAST,<br><br>Defendants. | Case No. 1:18-CV-506-BLW<br><br>**ORDER DENYING MOTION FOR SANCTIONS** |

Before the Court is Plaintiff's Motion for Sanctions. (Dkt. 73.) Plaintiff argues the Court should sanction Off-Spec Solutions, LLC for failure to comply with Federal Rule of Civil Procedure 7.1's disclosure statement requirement. However, as detailed in Defendants' response to the motion, Off-Spec Solutions, LLC is not a non-governmental corporate party subject to Rule 7.1. Furthermore, failure to file a corporate disclosure statement is not the sort of conduct that would

**ORDER DENYING MOTION FOR SANCTIONS – 1**

ordinarily warrant a sanctions order. The Court finds Plaintiff's Motion for Sanctions without merit. Therefore, the Court will deny the motion.

**IT IS SO ORDERED.**

DATED: December 16, 2019

B. Lynn Winmill
U.S. District Court Judge